

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00369-CR

| | | |
|---|---|---|
| Tᴇʀᴠᴏɴ Lᴇᴇ Bᴀsᴘᴇᴅ, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1543549R) |
| v. | | October 25, 2018 |
| | § | |
| | | Per Curiam |
| Tʜᴇ Sᴛᴀᴛᴇ ᴏғ Tᴇxᴀs | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM